391 P.3d 1247

Linda KIDWELL, Claimant-Appellant,

v.

MVCI WAIOHAI BEACH CLUB,
Employer-Appellee,

and

Insurance Company of the State
of Pennsylvania, Insurance
Carrier-Appellee,

and

Marriott Claims Services, Insurance
Adjuster-Appellee

NO. CAAP-12-0000101

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, March 28, 2017.

APPEAL FROM THE LABOR AND IN-
DUSTRIAL RELATIONS APPEALS
BOARD (AB NO. 2009-247(K); (4-07-00388))

MEMORANDUM OPINION

Affirm.

■

391 P.3d 1247

STATE of Hawai'i, Plaintiff-Appellee,

v.

Eric DOTTERER, Defendant-Appellant.

NO. CAAP-16-0000027

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, March 29, 2017.

APPEAL FROM THE DISTRICT
COURT OF THE SECOND CIRCUIT
(CASE NO. 2DTA-15-01167)

SUMMARY DISPOSITION ORDER

Vacate. Remand.

■

391 P.3d 1247

STATE of Hawai'i, Plaintiff-Appellant,

v.

Geronimo ULGARAN, also known
as Geronimo Ulgaran, Sr.,
Defendant-Appellee.

NO. CAAP-16-0000447

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, March 29, 2017.

APPEAL FROM THE CIRCUIT COURT
OF THE FIRST CIRCUIT (CR. NO. 15-1-
1994)

SUMMARY DISPOSITION ORDER

Affirm.